UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD O. BRADFORD, | 1:09-cv-0122-TAG (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| F. GONZALEZ, | (DOCUMENT #11) |
| Respondent. | |

On March 4, 2009, Petitioner has requested the appointment of counsel (Doc. 11), and on March 17, he submitted points and authorities in support of the motion (Doc. 12). This is not the first time that Petitioner has requested the appointment of counsel in this matter. On February 19, 2009, Petitioner requested the appointment of counsel, and, by order dated February 23 2009, the Court denied the request. (Docs. 6, 7). The Court has read and considered Petitioner's instant motion and supporting points and authorities, and makes the following ruling thereon.

As stated in the Court's February 23, 2009 order, there currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. Petitioner's second motion for appointment of counsel presents no

1

circumstances that require the appointment of counsel in this action, and the Court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel (Doc. 11) is denied.

IT IS SO ORDERED.

Dated:   **March 27, 2009**                                          **/s/ Theresa A. Goldner**
                                                                     UNITED STATES MAGISTRATE JUDGE