1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  RICHARD O. BRADFORD,                    1:09-cv-00122 BAK-SMS  (HC)

12          Petitioner,
                                           ORDER DENYING PETITIONER'S
13      vs.                                SECOND MOTION FOR APPOINTMENT
                                           OF COUNSEL
14  F. GONZALEZ,

15          Respondent.                    (Doc. 17)

16  _____/

17          On March 4, 2009, Petitioner requested the appointment of counsel. (Doc. 11).  The

18  Court denied the motion for counsel on March 31, 2009, explaining that there currently exists no

19  absolute right to appointment of counsel in habeas proceedings, see e.g., Anderson v. Heinze, 258

20  F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th

21  Cir.), cert. denied, 469 U.S. 823 (1984), and that, although Title 18 U.S.C. § 3006A authorizes the

22  appointment of counsel at any stage of the case "if the interests of justice so require," see Rule 8(c),

23  Rules Governing Section 2254 Cases, in the Court's view the interests of justice did not require

24  the appointment of counsel at that time.  (Doc. 13).

25          On April 14, 2009, just days after receiving the Court's order denying his previous

26  motion for counsel, Petitioner has filed a second motion for counsel.  (Doc. 17).  The motion is

27  virtually incomprehensible and the Court is unable to discern any factual or legal basis on which

28  the application for appointment of counsel is made.  More to the point, the Court does not discern

any facts that are different from those that existed at the time the previous motion was denied.

Accordingly, IT IS HEREBY ORDERED that Petitioner's second request for appointment of counsel (Doc. 17), is denied.

IT IS SO ORDERED.

**Dated:** __**April 27, 2009**__                                        _____**/s/ Sandra M. Snyder**_____
                                                                                            UNITED STATES MAGISTRATE JUDGE